John Merrill, Plaintiff in Error, v. The State of Florida, Defendant in Error.

Writ of error to a judgment of the Criminal Court of Record for Dade County.

Writ of error dismissed on motion of the Attorney

---

Will, alias Sonney Walker, Plaintiff in Error, v. The State of Florida, Defendant in Error.

Writ of Error to a judgment of the Circuit Court for Duval County.

A. G. Hartridge, for plaintiff in error.

Writ of error dismissed on motion of counsel for plaintiff in error.

---

Trixie Russell, Plaintiff in Error, v. The State of Florida, Defendant in Error.

Writ of error to a judgment of the Circuit Court for Duval County.

A. G. Hartridge for plaintiff in error.

Writ of error dismissed on motion of counsel for plaintiff in error.